UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA ROBINSON,　　　　　　　　　　　　　　No. C-12-00935 DMR

　　　　　　Plaintiff(s),　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　　v.

DIVERSIFIED COLLECTION SERVICES, INC.,
　　　　　　Defendant(s).
_____/

　　　The court having been advised that the parties have agreed to a settlement of this case,

　　　IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.  All further dates are vacated.

　　　IT IS SO ORDERED.

Dated: August 8, 2012

_____
DONNA M. RYU
United States Magistrate Judge